UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY W. SALTER,

    Plaintiff,

v.                           CASE NO. 8:09-CV-415-T-17TBM

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

ORDER

This cause is before the Court on:

Dkt. 16    Report and Recommendation

In this case, Plaintiff Johnny W. Salter seeks review of the denial of his claim for Social Security disability benefits. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision of the Commissioner of the United States Social Security Administration be affirmed because it is in accordance with correct legal standards and is otherwise supported by substantial evidence.

The Court has independently reviewed the pleadings and the administrative record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

Case No. 8:09-CV-415-T-17TBM

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated**. The Court **affirms** the decision of the Commissioner of the United States Social Security Administration denying Plaintiff's claim for Social Security disability benefits. The Clerk of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of the United States Social Security Administration, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 11th day of June, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record